IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| DANNY JESTER, JR. | § |
| VS. | §   CIVIL ACTION NO. 1:07cv83 |
| DIRECTOR, TDCJ-CID | § |

<u>MEMORANDUM OPINION REGARDING VENUE</u>

Petitioner Danny Jeter, Jr., an inmate confined in the Larry Gist State Jail, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

<u>Discussion</u>

Petitioner states that in 2006, he was convicted of a criminal offense in the 8th District Court of Delta County, Texas. He was sentenced to 20 years imprisonment.

Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated.

Petitioner was convicted in Delta County, Texas. Pursuant to 28 U.S.C. § 124, Delta County is in the Eastern District of Texas. However, Delta County is located in the Sherman Division, rather than the Beaumont Division of this court. As all records and witnesses involving this action may be located in the Sherman Division of this court, the court is of the opinion that the transfer of this action to such division would further justice.

Accordingly, this case should be transferred to the

Sherman Division of this court.  A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this __14__ day of _____February_____, 2007.

*Earl S. Hines*
EARL S. HINES
UNITED STATES MAGISTRATE JUDGE